UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, as Subrogee of David Goodhand, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-00193 (RCL) |
| MAYTAG CORPORATION, | ) ) ) | |
| & | ) ) | |
| ROBERTSHAW CONTROLS CO., | ) ) ) | |
| & | ) ) | |
| INVENSYS APPLIANCE CONTROLS, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Plaintiff filed a Complaint with the Clerk of this Court on January 29, 2007. Under Local Rule 7.1(e), in every civil case in which a corporation is a party or intervenor, that corporate party or intervenor must provide either a disclosure of corporate affiliation or financial interest certificate. LCvR 7.1. Specifically, "counsel of record for that party or intervenor shall file a certificate listing any parent, subsidiary or affiliate of that party or intervenor which, to the knowledge of counsel, has any outstanding securities in the hands of the public . . . at the time the party's first pleading is filed." *Id.*

The Complaint filed by Plaintiff failed to include the requisite information under Local Rule 7.1. Accordingly, the Court wishes to advise Plaintiff that it must provide within ten (10)

days of this Order either a disclosure of corporate affiliation or financial interest certificate.  If Plaintiff fails to do so, the Court may be forced to dismiss the case against the defendants.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 31, 2007.