UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PACIFIC INDEMNITY COMPANY,**
as Subrogee of David Goodhand

        **Plaintiff,**

  v.

**MAYTAG CORPORATION**          Civil Action No. 07-00193 (RCL)

**&**

**ROBERTSHAW CONTROLS COMPANY**

**&**

**INVENSYS APPLIANCE CONTROLS**

        **Defendants.**

## CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1(e), Plaintiff, Pacific Indemnity Company submits the following disclosures:

1. Pacific Indemnity Company is a non-governmental corporate party.

2. Pacific Indemnity Company is a Wisconsin Corporation, wholly-owned by its parent company, Chubb Group of Insurance Companies, which is a publicly traded corporation.

        Respectfully submitted,

        MESIROW & STRAVITZ, PLLC

By: /s/ *Eric N. Stravitz*
 Eric N. Stravitz (Bar No. 438093)
 1307 New Hampshire Avenue, N.W.
 Suite 400
 Washington, D.C. 20036
 Ph: (202) 463-0303
 Fax (202) 861-8858
 eric@metroDClaw.com

2

David W. Smith, Esquire  
Cozen O'Connor  
1900 Market Street, Third Floor  
Philadelphia, PA 19103  
Ph: 215-665-2103  
Fax: 877-526-3070  
dwsmith@cozen.com  

*Counsel for Plaintiff*

2