UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PACIFIC INDEMNITY COMPANY,**
as Subrogee of David Goodhand

            **Plaintiff,**

v.

**MAYTAG CORPORATION**

&

**ROBERTSHAW CONTROLS COMPANY**

&

**INVENSYS APPLIANCE CONTROLS**

            **Defendants.**

**Civil Action No. 07-00193 (RCL)**

## PROOF OF SERVICE

    I, **Eric N. Stravitz,** in accordance with Federal R. Civ. Proc. 4, hereby certify that copies of the Summons, Complaint, Notice of Right to Consent to Trial Before U.S. Magistrate Judge, Initial Electronic Case Filing Order, and ECF Attorney/Participant Registration Form were sent to **CT Corporation System,** an Authorized Agent for **Defendant, Maytag Corporation**, via the United States Postal Service, certified mail, return receipt requested, at 251 E. Ohio Street, Suite 1100, Indianapolis, IN 46204.  CT Corporation System was served with these documents on or about 2/8/07, as indicated by the signature of Roger K. Kenyon that appears on the original return receipt, an electronic copy of which is filed herewith as Exhibit 1.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By: /s/ *Eric N. Stravitz*
Eric N. Stravitz (Bar No. 438093)
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
Ph: (202) 463-0303
Fax (202) 861-8858
eric@metroDClaw.com

David W. Smith, Esquire
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103
Ph: 215-665-2103
Fax: 877-526-3070
dwsmith@cozen.com

*Counsel for Plaintiff*

2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Roger K Kenyon_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) ROGER K. KENYON  C. Date of Delivery |
| 1. Article Addressed to:<br>CT Corporation System<br>251 E. Ohio Street<br>Suite 1100<br>Indianapolis, IN<br>46204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  7005 1160 0005 2440 3354<br>(Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |