**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**PACIFIC INDEMNITY COMPANY,**
as Subrogee of David Goodhand

                        **Plaintiff,**

  v.

**MAYTAG CORPORATION**

&

**ROBERTSHAW CONTROLS COMPANY**

&

**INVENSYS APPLIANCE CONTROLS**

                        **Defendants.**

Civil Action No. 07-00193 (RCL)

---

**PROOF OF SERVICE**

    I, **Eric N. Stravitz,** in accordance with Federal R. Civ. Proc. 4, hereby certify that copies of the Summons, Complaint, Notice of Right to Consent to Trial Before U.S. Magistrate Judge, Initial Electronic Case Filing Order, and ECF Attorney/Participant Registration Form were sent to **Timothy J. Dolan**, an authorized agent for Defendants, for each of the following Defendants: **Robertshaw Controls Company** and **Invensys Appliance Controls**, via the United States Postal Service, certified mail, return receipt requested, at 1701 Byrd Avenue, P.O. Box 26544, Richmond, VA 23261-6544.  Mr. Dolan was served with these documents on 2/8/07, as indicated by the signature of his agent, S. Haynes, which appears on the original return receipt, an electronic copy of which is filed herewith as Exhibit 1.

          Respectfully submitted,

          MESIROW & STRAVITZ, PLLC

By:    /s/ *Eric N. Stravitz*
       Eric N. Stravitz (Bar No. 438093)
       1307 New Hampshire Avenue, N.W.
       Suite 400
       Washington, D.C. 20036
       Ph: (202) 463-0303
       Fax (202) 861-8858
       eric@metroDClaw.com

       David W. Smith, Esquire
       Cozen O'Connor
       1900 Market Street, Third Floor
       Philadelphia, PA 19103
       Ph: 215-665-2103
       Fax: 877-526-3070
       dwsmith@cozen.com

       *Counsel for Plaintiff*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *S. Haynes*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  S. Haynes   C. Date of Delivery 2/8/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Timothy J. Dolan<br>1701 Byrd Avenue<br>P.O. Box 26544<br>Richmond, VA<br>23261-6544 | [WEST END BRANCH postmark FEB 08 2007]<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |