IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

PACIFIC INDEMNITY COMPANY,   *

        Plaintiff,   *

v.   *   C.A. NO.: 1:07CV00193
                                            Judge Royce C. Lamberth

MAYTAG CORPORATION, et al.   *

        Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSIVE PLEADING**

Defendant, Maytag Corporation, Robertshaw Controls Company, and Invensys Appliance Controls, through their counsel, Kelly Hughes Iverson and Goodell, DeVries, Leech & Dann, LLP, move pursuant to Fed. R. Civ. Proc. 12 and 6 for an enlargement of the time for Defendants to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendants state as follows:

1. Upon information and belief, Defendants were served with process on or about February 8, 2007. Accordingly, the time to answer or otherwise respond has not yet passed.

2. Additional time is required in order to investigate and prepare the answers or other responsive pleadings on behalf of the Defendants.

3. Counsel for Defendants has spoken with counsel for Plaintiff, and Plaintiff's counsel consents to the enlargement of time up to and including March 14, 2007.

4. The enlargement of time is not sought for purposes of delay.

WHEREFORE, for a good cause shown herein, Defendants respectfully request that the Court grant their consent motion and enlarge the time for Defendants to file answers or other responsive pleadings until March 14, 2007.

Respectfully submitted,

_____
Kelly Hughes Iverson (D.C. Bar No. 487816)
Goodell, DeVries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, Maryland 21202
(410) 783-4000
(410) 783-4040 Fax
khi@gdldlaw.com
*Attorneys for Defendants,*
*Maytag Corporation, Robertshaw Controls*
*Company and Invensys Appliance Controls*

## STATEMENT OF POINTS AND AUTHORITIES

1. **Federal Rule of Civil Procedure 6(b)**
2. **Federal Rule of Civil Procedure 12**
3. **L. Cv. R. 7**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2007 a copy of Defendants' Consent Motion for Enlargement of Time to file Responsive Pleading; and proposed Order was caused to be served electronically to:

Eric N. Stravitz, Esquire (D.C. Bar #438093)
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 463-0303
(202) 861-8858 Fax
eric@metroDClaw.com

and mailed to:

David W. Smith, Esquire
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103
(215) 665-2103
(877) 526-3070 Fax
dwsmith@cozen.com

*833941*

_____
Kelly Hughes Iverson (D.C. Bar No. 487816)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **PACIFIC INDEMNITY COMPANY,** | * | |
| **Plaintiff,** | * | |
| v. | * | C.A. NO.: 1:07CV00193<br>Judge Royce C. Lamberth |
| **MAYTAG CORPORATION, et al.** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to File Responsive Pleading, any opposition thereto, and oral argument by the parties, it is this ___day of _____, 2007, by the United States District Court for the District of Columbia **ORDERED**:

    1.    That the Defendants' Consent Motion for Enlargement of Time to File Responsive Pleading be hereby is, **GRANTED**; and

    2.    That Defendants Maytag Corporation, Robertshaw Controls Company, and Invensys Appliance Controls shall file an answer or otherwise respond to Plaintiff's Complaint on or before March 14, 2007.

_____
Honorable Royce C. Lamberth
U.S. District Court for the District of Columbia

cc:

Kelly Hughes Iverson, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, MD  21202

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C.  20036

David W. Smith, Esquire
Cozen O'Connor
1900 Market Street
Third Floor
Philadelphia, PA  19103