IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PACIFIC INDEMNITY COMPANY,
as Subrogee of David Goodhand
        Plaintiff,
vs

MAYTAG CORPORATION

&

ROBERTSHAW CONTROLS COMPANY

&

INVENSYS APPLIANCE CONTROLS

     Defendants.

CIVIL ACTION NO. 07-00193 (RCL)

## MOTION FOR ADMISSION
## PRO HAC VICE OF DAVID W. SMITH

  Plaintiff, Pacific Indemnity Company as subrogee of David Goodhand, by and through Mesirow & Stravitz, PLLC, hereby moves this Honorable Court under Local Rule 83.2 for the *pro hac vice* admission of David W. Smith, Esquire, of the law firm of Cozen O'Connor to appear, file pleadings and participate as lead counsel for plaintiff in this case, and in further support of this Motion, states as follows:

  1. Mr. Smith is a member of the law firm of Cozen O'Connor, located at 1900 Market Street, Philadelphia, Pennsylvania, 19103; telephone 215-665-2103. He resides in the State of Pennsylvania, and has been a member in good standing of the Bars of the Commonwealth of Pennsylvania (admitted in 1996) and the State of New Jersey (admitted in 1995). During the previous two years, Mr. Smith was granted leave to appear *pro hac vice* in:

Federal Insurance Company, a/s/o Dennis Leibowitz and Susan Antilla v. Captains Walk Associates, LLC, et al.
USDC D CT
C.A. No. 3:05-CV-01845 (MRK)

Fortisus Energy Corporation v. VA Tech Coest-MCE Corp. and VA Tech Hydro USA Corp.
USDC ND NY
C.A. No. 6:04-CV-1073 (DNH)

Eric Johnson and Jean Johnson v. Western Connecticut Security Systems, et al
Superior Court J.D. of Waterbury
Docket No.: CV-03-0180576

Allstate Insurance Company a/s/o Terry and Brenda Burwell v. A.T. Electcic, Inc. and R.J. Moreau Companies, Inc.
Superior Court, Hillsborough, SS, Northern District, New Hampshire
Docket No.: 05-C-460

Liberty Mutual Fire Insurance, a/s/o Robert and Barbara Thistle v. O.R. Gooch & Sons, Inc., et al
Superior Court, Hillsborough, SS, Northern District, New Hampshire
Docket No.: 05-C-714

Dorchester Mutual Fire Insurance Company a/s/o Barbara Lempicki.v. Harry Sanders, et al
Superior Court, Worchester, SS, Commonwealth of Massachusetts
C.A. No. WOCV2005-02058-A

Great Northern Insurance Company a/s/o Peter Levine and Martha Blackwell v. Banner Construction Co.
Superior Court, Middlesex, SS, Commonwealth of Massachusetts
C.A. No.: 05-3754C

Walcott Corporation v. Tandon Furniture d/b/a The Furniture Warehouse, et al
Superior Court, Suffolk, SS, Commonwealth of Massachusetts
C.A. No.: 2005-02026-H

Mr. Smith is also a member in good standing of the Supreme Court of New Jersey, New Jersey State Court of Appeals, Supreme Court of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, as well as the Third Circuit Court of Appeals.

2. Mr. Smith has also served as lead counsel for plaintiff in several cases in other State and Federal Courts where he has been granted *pro hac vice* admission.

3. By his signature below, Mr. Smith certifies that he has never been disciplined by any Bar, and that he is a member in good standing of all of the Bars previously listed above.

4. Mr. Smith requests leave to appear *pro hac vice* in order to file pleadings and participate as lead counsel for plaintiff in this case. Mr. Smith agrees to abide by the Rules of this Court and to submit to the standards and procedures applicable to members of the Bar of the United States District for the District of Columbia.

5. Eric N. Stravitz, Esquire, is a member of the Bar of the United States District Court for the District of Columbia, and is serving as plaintiff's local counsel in this case.

WHEREFORE, plaintiff respectfully requests that this Honorable Court order that Mr. Smith be admitted *pro hac vice* to serve as lead counsel for plaintiff, Federal Insurance Company in this case.

>Respectfully submitted,
>
>MESIROW & STRAVITZ, PLLC

DATE: 2/27/2007         BY: /s/
                            ERIC N. STRAVITZ (Bar No. 438093)
                            2000 Massachusetts Avenue, N.W.
                            Suite 200
                            Washington, DC 20036
                            202-463-0303

>COZEN O'CONNOR
>
>BY: [signature]
>DAVID W. SMITH
>1900 Market Street
>Philadelphia, PA 19103
>215-665-2103
>
>Attorneys for Plaintiff, Pacific Indemnity Company as subrogee of David Goodhand

PHILADELPHIA\2993904\1 160939.000



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**David William Smith, Esq.**

DATE OF ADMISSION

*May 23, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 21, 2007

Patricia A. Johnson
Chief Clerk