IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY, | * |
| Plaintiff, | * |
| v. | *   C.A. NO.: 1:07CV00193<br>Judge Royce C. Lamberth |
| MAYTAG CORPORATION, et al. | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE REQUIRED BY LCvR7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF COLUMBIA</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Maytag Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Maytag Corporation which have any outstanding securities in the hands of the public:

Since March 31, 2006 Maytag Corporation is 100% owned by Whirlpool Corporation. Whirlpool Corporation has the following subsidiaries with publicly held shares:

Brasmotor S.A.

Great Teco Whirlpool Co. Ltd.

Whirlpool of India Limited

Whirlpool S.A.

Maytag Corporation has no subsidiaries with publicly held shares.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

*[signature]*

Kelly Hughes Iverson (D.C. Bar No. 487816)
Goodell, DeVries, Leech & Dann, LLP
One South Street - Suite 2000
Baltimore, Maryland 21202
Telephone: (410) 783-4000
Fax: 410) 783-4040
khi@gdldlaw.com
**Attorneys for Defendant Maytag Corporation**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2007 a copy of Defendant Maytag Corporation's Disclosure of Corporate Affiliations And Financial Interests was caused to be served electronically to:

Eric N. Stravitz, Esquire (D.C. Bar #438093)
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 463-0303
(202) 861-8858 Fax
eric@metroDClaw.com

and mailed to:

David W. Smith, Esquire
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103
(215) 665-2103
(877) 526-3070 Fax
dwsmith@cozen.com

*837143*

Kelly Hughes Iverson (D.C. Bar No. 487816)

3