IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | C.A. NO.: 1:07CV00193<br>Judge Royce C. Lamberth |
| MAYTAG CORPORATION, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE REQUIRED BY LCvR7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF COLUMBIA</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Robertshaw Controls Company and Invensys Appliance Controls (more appropriately currently referred to as a single entity, Robertshaw Controls Company DBA Invensys Controls), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Robertshaw Controls Company DBA Invensys Controls which have any outstanding securities in the hands of the public:

Invensys PLC

These representations are made in order that judges of this Court may determine the need for recusal.

*[signature]*

Kelly Hughes Iverson (D.C. Bar No. 487816)
Goodell, DeVries, Leech & Dann, LLP
One South Street - Suite 2000
Baltimore, Maryland 21202
Telephone: (410) 783-4000
Fax: 410) 783-4040
khi@gdldlaw.com
*Attorneys for Defendant Maytag Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2007 a copy of Defendant Maytag Corporation's Certificate Required By Lcvr7.1 Of The Local Rules Of The United States District Court For The District Of Columbia was caused to be served electronically to:

Eric N. Stravitz, Esquire (D.C. Bar #438093)
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 463-0303
(202) 861-8858 Fax
eric@metroDClaw.com

and mailed to:

David W. Smith, Esquire
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103
(215) 665-2103
(877) 526-3070 Fax
dwsmith@cozen.com

*840208*

*[signature]*

Kelly Hughes Iverson (D.C. Bar No. 487816)