UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, as Subrogee of David Goodhand, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-00193 (RCL) |
| MAYTAG CORPORATION, | ) ) ) | |
| & | ) ) | |
| ROBERTSHAW CONTROLS CO., | ) ) ) | |
| & | ) ) | |
| INVENSYS APPLIANCE CONTROLS, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the Consent Motion [6] for Enlargement of Time to File Responsive Pleading, it is hereby

ORDERED that the defendants' Consent Motion [6] for Enlargement of Time to File Responsive Pleading is GRANTED; and it is further

ORDERED that defendants Maytag Corporation, Robertshaw Controls Company, and Invensys Appliance Controls shall file an answer or otherwise respond to plaintiff's Complaint on or before March 14, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 8, 2007.