UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, as Subrogee of David Goodhand, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-00193 (RCL) |
| MAYTAG CORPORATION, | ) ) ) | |
| & | ) ) | |
| ROBERTSHAW CONTROLS CO., | ) ) ) | |
| & | ) ) | |
| INVENSYS APPLIANCE CONTROLS, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the plaintiff's Motion [7] to admit *pro hac vice* David W. Smith, Esq., of the law firm of Cozen O'Connor, and allow Mr. Smith to appear, file pleadings, and participate as lead counsel for plaintiff in this case, it is hereby

ORDERED that the plaintiff's Motion [7] is GRANTED; and it is further

ORDERED that David W. Smith, Esq., shall be granted admission *pro hac vice* to represent and fully participate as lead counsel for plaintiff in the above-captioned matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 21, 2007.