# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PACIFIC INDEMNITY COMPANY, as Subrogee of David Goodhand, <br><br>Plaintiff, <br><br>v. <br><br>MAYTAG CORPORATION, <br><br>& <br><br>ROBERTSHAW CONTROLS CO., <br><br>& <br><br>INVENSYS APPLIANCE CONTROLS, <br><br>Defendants. | Civil Action No. 07-00193 (RCL) |

## ORDER

Defendants have each filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.