## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PACIFIC INDEMNITY COMPANY,
as Subrogee of David Goodhand

               CIVIL ACTION NO. 07-00193 (RCL)

              Plaintiff,

     vs.

MAYTAG CORPORATION,
ROBERTSHAW CONTROLS COMPANY
and INVENSYS APPLIANCE CONTROLS

              Defendants.

### REPORT OF THE PARTIES RULE 16(b) CONFERENCE

On April 16, 2007, David W. Smith, on behalf of the plaintiff, and Kelly Hughes Iverson and Richard L. Nilsson (admission application pending), on behalf of all defendants, participated in a Rule 16(b) Conference on the above matter. The parties respectfully submit to the Court this written report outlining their discovery plan. In addition, attached to this report is a proposed discovery order for the Court's consideration.

    **(1)**    **Dispositive Motions**

The parties agree that, at this stage in the litigation, it is difficult to determine whether a dispositive motion would likely dispose of this case. In their proposed scheduling order, the parties have included a date by which dispositive motions must be filed, should the parties choose to file one. The proposed dates for dispositive motion filing is March 1, 2008.

    **(2)**    **Joinder of Parties and/or Amendment of Pleading**

The parties have agreed that any other parties to be joined, or pleadings to be amended, will be completed by October 1, 2007.

(3)    **Magistrate Judge**

The parties have agreed that this case could be assigned to a Magistrate Judge for discovery purposes, and for a settlement conference.

(4)    **Settlement**

The parties have agreed that, given the current stage of this case, it is too soon to determine whether there is a realistic possibility of settling this case.

(5)    **ADR**

As discovery in this matter continues, the parties have agreed to explore the possibility of ADR before a Magistrate Judge. The parties did agree that it was too soon to commit to this course of action, although the parties will revisit this topic as discovery progresses.

(6)    **Summary Judgment**

The parties did agree that, at this point, it is unclear whether this case can be resolved by summary judgment or a motion to dismiss. The parties have agreed to file any such motions by March 1, 2008 and any cross-motions by March 15, 2008, with opposition papers filed by March 31, 2008.

(7)    **Initial Disclosures**

The parties have agreed to dispense with initial disclosures.

(8)    **Discovery**

The parties discussed the anticipated course of discovery. The parties agreed that fact discovery should be completed by October 1, 2007. Electronically-stored active data will be subject to discovery in the ordinary course and may be produced in hard-copy form, at the option of the party producing the data. The parties agreed that the Plaintiff should submit its expert reports by November 1, 2007, and that the defendants should submit their reports by December

15, 2007.  It is anticipated that all discovery, including expert depositions, will be completed by February 1, 2008.  The parties will likely agree to a confidentiality order concerning any proprietary information (e.g., design drawings).

(9)    **Expert Disclosures**

The parties agree that there should be no modifications to the Federal Rules with respect to expert disclosures.  The parties anticipate that expert depositions will be completed by February 1, 2008.

(10)    **Class Action**

Not applicable.

(11)    **Bifurcation**

The parties do not at this stage anticipate bifurcation of this matter at either trial and/or discovery.

(12)    **Pre-Trial Conference Date**

The parties have agreed that any time on or after April 15, 2008 will be appropriate for a pre-trial conference.

(13)    **Trial Date**

The parties agree that the Court should not set a firm trial date at this time, and that one could be set at the pre-trial conference.

(14)    **Miscellaneous Matters**

At this time, the parties did not see any miscellaneous matter that needed to be addressed in a scheduling order.

In light of the conference conducted by the parties, they submit the attached proposed Scheduling Order setting forth the specific dates discussed in this report.

Respectfully Submitted,


David W. Smith, Esquire (PHV)
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103
Ph: 215-665-2103
Fax: 877-526-3070
dwsmith@cozen.com

Eric N. Stravitz, Esquire (Bar No. 438093)
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
Ph: (202) 463-0303
Fax (202) 861-8858
eric@metroDClaw.com


Kelly Hughes Iverson, Esq. (D.C. Bar No. 487816)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Ph: 410-783-4000
Fax: 410-783-4040
khi@gdldlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PACIFIC INDEMNITY COMPANY,
as Subrogee of David Goodhand

                          CIVIL ACTION NO. 07-00193 (RCL)

              Plaintiff,

       vs.

MAYTAG CORPORATION,
ROBERTSHAW CONTROLS COMPANY
and INVENSYS APPLIANCE CONTROLS

              Defendants.

## SCHEDULING ORDER

Upon consideration of the joint report filed by the parties to the above litigation, the

Court enters the following scheduling order:

- The parties shall amend their pleadings and/or join any other parties to this litigation by October 1, 2007.

- Fact discovery should be completed by October 1, 2007.

- Expert disclosures by the plaintiff shall be made by November 1, 2007.

- Expert disclosures by the defendants shall be made by December 15, 2007.

- All discovery, including expert depositions, shall be completed by February 1, 2008.

- Dispositive motions shall be filed by March 1, 2008.

- Cross-motions shall be filed by March 15, 2008.

- Opposition to dispositive motions shall be filed by March 31, 2008.

- A Pre-Trial Conference in this matter shall be conducted anytime on or after April 15, 2008.

BY THE COURT:

_____
                              J.