UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PACIFIC INDEMNITY COMPANY,** as Subrogee of David Goodhand, <br><br> Plaintiff, <br><br> v. <br><br> **MAYTAG CORPORATION, ROBERTSHAW CONTROLS CO., & INVENSYS APPLIANCE CONTROLS,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 07-00193 (RCL) |

## **SCHEDULING ORDER**

Upon consideration of the joint report filed by the parties to the above litigation, the Court enters the following scheduling order for this case:

1. The parties shall amend their pleadings and/or join any other parties to this litigation by October 1, 2007;

2. Fact discovery should be completed by October 1, 2007;

3. Expert disclosures by the plaintiff shall be made by November 1, 2007;

4. Expert disclosures by the defendants shall be made by December 15, 2007;

5. All discovery, including expert depositions, shall be completed by February 1, 2008;

6. Dispositive motions shall be filed by March 1, 2008;

7. Cross-motions shall be filed by March 15, 2008;

8. Oppositions to dispositive motions shall be filed by March 31, 2008;

9. A Status Conference in this matter shall be conducted after disposition of any dispositive motions, at which dates for pretrial and trial will be set;

10. This case is referred to a Magistrate Judge for discovery and ADR discussions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.