IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | C.A. NO.: 1:07CV00193<br>Judge Royce C. Lamberth |
| MAYTAG CORPORATION, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Richard L. Nilsson as co-counsel, along with Kelly Hughes Iverson and Goodell, DeVries, Leech & Dann, LLP, for the Defendants, Maytag Corporation and Robertshaw Controls Company (a/k/a Robertshaw Controls Company d/b/a Invensys Controls).

Respectfully submitted,

Kelly Hughes Iverson (D.C. Bar No. 487816)
Richard L. Nilsson (Bar No. MD02289)
Goodell, DeVries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, Maryland 21202
(410) 783-4000
(410) 783-4040 Fax
khi@gdldlaw.com
*Attorneys for Defendants Maytag Corporation and Robertshaw Controls Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2007 a copy of Defendants Maytag Corporation and Robertshaw Controls Company's Entry of Appearance was caused to be served electronically to:

| | |
|---|---|
| Eric N. Stravitz, Esquire (D.C. Bar #438093)<br>Mesirow & Stravitz, PLLC<br>1307 New Hampshire Avenue, N.W.<br>Suite 400<br>Washington, D.C. 20036<br>(202) 463-0303<br>(202) 861-8858 Fax<br>eric@metroDClaw.com | and mailed to:<br><br>David W. Smith, Esquire<br>Cozen O'Connor<br>1900 Market Street, Third Floor<br>Philadelphia, PA 19103<br>(215) 665-2103<br>(877) 526-3070 Fax<br>dwsmith@cozen.com |

　　　　　　　　　　　　　　　　　　　　Richard L. Nilsson (Bar No. MD02289)

*857304*