# MESIROW & STRAVITZ, PLLC

1307 NEW HAMPSHIRE AVENUE, NW
SUITE 400
WASHINGTON, DC 20036

JOHN B. MESIROW (DC, MD & VA)
ERIC N. STRAVITZ (DC & MD)
ATTORNEYS AT LAW

www.metroDClaw.com

TELEPHONE: (DC):  (202) 463-0303
TOLL FREE:  (866) 463-0303
FACSIMILE:  (202) 861-8858

October 18, 2007

VIA ELECTRONIC FILING

Honorable Magistrate Judge Deborah A. Robinson
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    *Pacific Indemnity Company v. Maytag Corporation, et al.*
           United States District Court for the District of Columbia
           Case No.:  1:07CV00193

Dear Judge Robinson:

    I am local counsel for Plaintiff Pacific Indemnity Company in the above-captioned case and am writing to be excused from attending the October 25, 2007 settlement conference.  Lead counsel, David W. Smith, Esq., will attend the conference with binding settlement authority.  Therefore, it seems unnecessary for me to appear as well.  I have spoken to Mr. Smith and Defendants' counsel, Richard L. Nilsson, Esq., about this request.  Both consent to it.

    Please have someone from your office notify me of your response.

    Thank you for your kind attention to this matter.

                  Sincerely,

                  /s/Eric N. Stravitz

                  Eric N. Stravitz

cc:    David W. Smith, Esq. (via electronic filing)
        Richard L. Nilsson, Esq. (via electronic filing)