IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | C.A. NO.: 1:07CV00193<br>Judge Royce C. Lamberth |
| MAYTAG CORPORATION, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO POSTPONE SETTLEMENT CONFERENCE

Now come the parties, by undersigned counsel, and move to postpone the November 1, 2007 Settlement Conference to January 10, 2008 at 9:30 a.m. and for reasons state:

1. That Plaintiff's expert witness designation is not due until November 1, 2007 and the Defendants' designation is not due until December 14, 2007. The parties need expert discovery before they can seriously engage in settlement negotiations in this products liability case.

WHEREFORE, the parties respectfully request that the Settlement Conference before The Honorable Deborah A. Robinson be rescheduled to January 10, 2008 at 9:30 a.m.

Respectfully submitted,

David W. Smith, Esquire /permission
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103
(215) 665-2103
(877) 526-3070 Fax
*Attorneys for Pacific Indemnity Company*

Richard L. Nilsson
Goodell, DeVries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, Maryland 21202
(410) 783-4000
(410) 783-4040 Fax
*Attorneys for Defendants Robertshaw Control Company and Invensys Appliance Controls*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2007 a copy of Joint Motion to Postpone Settlement Conference was caused to be served electronically to:

> Eric N. Stravitz, Esquire (D.C. Bar #438093)
> Mesirow & Stravitz, PLLC
> 1307 New Hampshire Avenue, N.W.
> Suite 400
> Washington, D.C. 20036
> (202) 463-0303
> (202) 861-8858 Fax
> eric@metroDClaw.com

and mailed to:

> David W. Smith, Esquire
> Cozen O'Connor
> 1900 Market Street, Third Floor
> Philadelphia, PA 19103
> (215) 665-2103
> (877) 526-3070 Fax
> dwsmith@cozen.com

Richard L. Nilsson