PRAECIPE

# United States District Court
# for the District of Columbia

**FILED**
FEB 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the 26th day of February 19 2008

Pacific Indemnity Co
vs.
MayTag Corp

Civil / ~~Criminal~~
Action No. 07-00193 (RCL)

The Clerk of said Court will note that the parties have reached a settlement agreement in principle, to later to be memorialized by the filing of a stipulation of dismissal with prejudice within 30 days.

2/26/08
Date

MD 02289
BAR IDENTIFICATION NO.

Signature

Richard L Nilsson
Print Name

1 South St Suite 20th Fl
Address

Baltimore      MD      21202
City           State    Zip Code

(410) 783-4057
Phone Number

Agreed to by:
Paul White
Cozen O'Connor
Attorneys for
Plaintiff

**CERTIFICATE OF SERVICE**