IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

PACIFIC INDEMNITY COMPANY,

    *Plaintiff,*

vs.

MAYTAG CORPORATION, et al.

    *Defendants.*

CIVIL ACTION NO. 07-00193 (RCL)

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

Dear Clerk;

Please dismiss the above-captioned proceedings with prejudice by stipulation of the undersigned parties.

    Respectfully submitted,

_____  _____
Eric N. Stravitz, Esquire (Bar#: 438093)  Kelly Hughes Iverson, Esquire (Bar #: 487816)
Mesirow & Stravitz, PLLC  Richard L. Nilsson, Esq. (#MD02289)
1307 New Hampshire Avenue, N.W.  Goodell, DeVries, Leech & Dann, LLP
Suite 400  One South Street, 20th Floor
Washington, D.C. 20036  Baltimore, Maryland 21202
***Attorneys for Plaintiffs***  ***Attorneys for Defendants***


_____
David W. Smith, Esquire
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, Pennsylvania 19103
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 32 day of April, 2008, a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed to the following:

Eric N. Stravitz, Esquire (D.C. Bar #438093)
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036

David W. Smith, Esquire
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, Pennsylvania 19103

Kelly Hughes Iverson (D.C. Bar No. 487816)
Richard L. Nilsson, Esq. (#MD02289)

4832-5266-1762